IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| RAYMOND G. POWELL, III, <br><br> Petitioner, <br><br> v. <br><br> CYNTHIA LINK, et al., <br><br> Respondents. | CIVIL ACTION <br> NO. 16-5085 |

## ORDER

**AND NOW**, this 27th day of February, 2018, upon careful and independent consideration of the petition for writ of habeas corpus, and after review of the Report and Recommendation of United States Magistrate Judge Timothy R. Rice, and the objections filed thereto, it is hereby **ORDERED** as follows:

1. The Report and Recommendation is **APPROVED** and **ADOPTED**;

2. The petition for writ of habeas corpus is **DENIED**;

3. Petitioner's Motion for Leave to Amend (Docket No. 23) is **DENIED**:

4. Petitioner's Motion to Stay and Abey (Docket No. 24) is **DENIED**;

5. There is no probable cause to issue a certificate of appealability; and

6. The Clerk of Court shall mark this case closed.

                                              **BY THE COURT:**

                                              **/s/ Jeffrey L. Schmehl**
                                              Jeffrey L. Schmehl, J.