IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| RAYMOND G. POWELL, III, | CIVIL ACTION |
| Petitioner, | NO. 16-5085 |
| v. | |
| CYNTHIA LINK, et al., | |
| Respondents. | |

**ORDER**

**AND NOW**, this 28th day of July, 2020, it is hereby **ORDERED** as follows:

1. Petitioner's Motion for Relief Under Federal Rule of Civil Procedure 60(b)(6) (Docket No. 41) is **DENIED**; and

2. There is no cause to issue a certificate of appealability.

**BY THE COURT:**

/s/ Jeffrey L. Schmehl
JEFFREY L. SCHMEHL, J.