IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

RAYMOND G. POWELL, III,

                Petitioner,

     v.

CYNTHIA LINK, et al.,

                Respondents.

CIVIL ACTION
NO. 16-5085

## **ORDER**

**AND NOW**, this 9th day of March, 2021, upon review of Petitioner's Motion to Alter and Amend Judgment pursuant to Rule 59(e), it is hereby **ORDERED** as follows:

1.  Petitioner's Motion to Alter and Amend Judgment (Docket No. 47) is **DENIED**; and

2.  There is no cause to issue a certificate of appealability.

BY THE COURT:

**/s/ Jeffrey L. Schmehl**
JEFFREY L. SCHMEHL, J.